UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE GAUBERT | CIVIL ACTION |
| VERSUS | NO. 07-9768 |
| LOUISIANA CITIZENS PROPERTY INSURANCE, CORPORATION | SECTION "C" (1) |

ORDER AND REASONS

This matter comes before the Court on the issue of its subject matter jurisdiction at the time of removal. This lawsuit involves one policy of homeowner's insurance issued by Louisiana Citizens Property Insurance Corporation ("Louisiana Citizens"), which is not diverse from the plaintiff. That policy is for one of six properties owned by the plaintiff and made the subject of this suit. The other five properties were insured for homeowners and/or flood by State Farm Fire and Casualty Insurance Company ("State Farm"), which is also named as a defendant in this matter and is diverse.

The Court finds that it has subject matter jurisdiction over the five claims made against State Farm at the time of removal. It also finds that jurisdiction was lacking with regard to the claim against Louisiana Citizens. In this regard, it also finds that the claim against Louisiana Citizens is not subject to supplemental jurisdiction under 28

U.S.C. § 1367 because it is not a claim "that [is] so related to claims in the action within such original jurisdiction that [it] forms part of the same case or controversy …" It also finds that the claim against Louisiana Citizens is one "in which State law predominates" for purposes of 28 U.S.C. § 1441(d).

Accordingly,

IT IS ORDERED that the plaintiff's claim against Louisiana Citizens Property Insurance Corporation is REMANDED to the Civil District Court for the Parish of Orleans, State of Louisiana for lack of subject matter jurisdiction under 28 U.S.C. § 1447(c). The Court shall retain jurisdiction over the remaining claims.

New Orleans, Louisiana, this 5th day of November, 2008.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE